1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  BERNARD MILLER,              )   Case No. EDCV 06-1113-VAP
                                 )   (OPx)
12           Plaintiff,          )
                                 )   **JUDGMENT**
13      v.                       )
                                 )
14  CITY OF SIMI VALLEY; DAN     )
    SWANSON; CHRISTOPHER         )
15  HAHESY; FRANCIS PANZA;       )
    MATT BUCHANNAN; WILLIAM      )
16  LAPPIN,                      )
                                 )
17           Defendants.         )
    _____)
18
19  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
20       Upon remand from the Ninth Circuit Court of Appeals,
21  IT IS ORDERED AND ADJUDGED that judgment be entered in
22  favor of all Defendants.  The Court orders that such
23  judgment be entered.
24
25
26  Dated: _July 2, 2009_           _____
                                         VIRGINIA A. PHILLIPS
27                                    United States District Judge
28