1
2
3
4
5                                                              **JS-6**
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11   BERNARD MILLER, a natural        )    Case No. EDCV 06-1113-VAP (OPx)
     person,                          )
12                                    )    **JUDGMENT**
                    Plaintiff,        )
13                                    )
          v.                          )
14                                    )
     CITY OF SIMI VALLEY;             )
15   DANIEL SWANSON;                  )
     CHRISTOPHER HAHESY;              )
16   FRANCIS PANZA; MATT              )
     BUCHANAN; WILLIAM LAPPIN,        )
17                    Defendants.     )
     _____ )
18
19
     **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:
20
          Upon remand from the Ninth Circuit Court of appeals, and pursuant to
21
     the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment be
22
     entered in favor of all Defendants dismissing Plaintiff's claim based on 42
23
     U.S.C. section 1983, with prejudice.  The Court awards costs on this claim.
24
     The Court dismisses Plaintiff's claims for battery, false imprisonment, and
25
26
27
28

1  intentional infliction of emotional distress without prejudice as to their filing in

2  Superior Court.  The Court orders that such judgment be entered.

3

4  Dated:    August 19, 2009

5                                                                    _____

6                                                                    VIRGINIA A. PHILLIPS
                                                                     United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28